UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

Anna M. Serzo

              plaintiffs

     V.S.                      **Order of Discontinuance**

                              05-cv-04932-SJ-JMA

Home Depot, Inc.

              defendants
- - - - - - - - - - - - - - - - -X

**JOHNSON, D.J.**

The Court having been advised that this action has been settled,

Therefore, it is ORDERED and ADJUDGED that this action is discontinued without cost and without prejudice to the right to reopen the action if the settlement is not consummated.

**SO ORDERED**

DATED:  Brooklyn, New York
           April 13, 2006                  s/SJ

                                             **STERLING JOHNSON, JR., U.S.D.J.**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
APR 17 2006
P.M. _____
TIME A.M. _____